UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL THOMPSON,<br><br>                              Plaintiff,<br><br>     -against-<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, et al.,<br><br>                              Defendants. | 22-CV-08375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed in the conference held October 6, 2023, the parties are ORDERED to meet and confer regarding any outstanding discovery disputes, and if the parties deem it appropriate, the issue of settlement. If the parties are unable to resolve their disputes, the parties may raise them with the Court using the procedures in this Court's Individual Practices, by October 13, 2023. If the parties would like the Court to assist in settlement discussions, the parties may make an appropriate request by letter-motion.

    The Court is mindful of the trial and other scheduling issues raised by the parties at today's conference. For that reason, the Court has provided for a longer summary judgment schedule than it normally would. All motions for summary judgment are due on December 22, 2023, with responses due February 2, 2024, and replies due February 16, 2024. The final pretrial conference in this case will take place on March 19, 2024, at 2 pm ET, with trial to commence on March 25, 2024.

    SO ORDERED.

Dated: October 6, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge