UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL THOMPSON,<br><br>       Plaintiff,<br><br>    -against-<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>       Defendants. | 22-CV-08375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Trial in this case is set to begin on March 25, 2024, with a final pretrial conference on March 19, 2024.

1. At this stage, no settlement in principle will adjourn the trial date. This case will go to trial on March 25th unless the parties enter a stipulation of dismissal with prejudice before then. If the parties would like assistance from the Court on settlement, they should inform the Court by March 8, 2024.

2. The parties should meet and confer on all evidentiary and deposition objections in good faith so that the only objections to review at the final pretrial conference are those where there is a true impasse.

3. Each party should email Chambers to schedule a time for an AV walkthrough of the courtroom.

  SO ORDERED.

Dated: March 6, 2024
    New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge