UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL THOMPSON,<br><br>       Plaintiff,<br><br>   -against-<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>       Defendants. | 22-CV-08375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a teleconference regarding this matter on Friday, March 15, 2024.

**Clients should attend.**

  The dial-in information is: +1 646-453-4442,,277197313#.


  SO ORDERED.

Dated: March 13, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge