UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL THOMPSON,<br><br>                    Plaintiff,<br><br>       -against-<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, et al.,<br><br>                    Defendants. | 22-CV-08375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Friday, March 15th teleconference will take place at 2:30 PM.

The dial-in information remains the same: +1 646-453-4442,,277197313#.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge