UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL THOMPSON,<br><br>                      Plaintiff,<br><br>            -against-<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, et al.,<br><br>                    Defendants. | 22-CV-08375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The trial in this case, currently set to begin on March 25, 2024, is hereby adjourned to April 29, 2024.

    SO ORDERED.

Dated: March 20, 2024
         New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge